UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| ALFREDA TRAHAN, *et al.* | ) | CIVIL ACTION NO: 10,903 |
| Plaintiffs, | ) | |
| and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | JUDGE HAIK |
| VERSUS | ) | |
| | ) | |
| LAFAYETTE PARISH SCHOOL SYSTEM, | ) | |
| *et al.*, | ) | |
| Defendants | ) | |

**JUDGMENT**

A hearing on the Lafayette Parish School System's Motion to Lift Permanent Injunction and to Declare Unitary Status was held before this Honorable Court on April 24, 2006.

The Court having considered the evidence, and for the reasons assigned in open court, hereby orders as follows:

IT IS ORDERED that the Lafayette Parish School System shall produce an annual report available to the public and linked to the School System's internet websites, which shall set forth the progress of the Schools of Choice Program, the development of physical facilities, and provide information designed to inform the public of the current status of schools within the System. The public report shall include the following information:

1.) A list of all Programs of Choice currently functioning, including the type of program, number and race of students enrolled in the program, and the impact on the racial balance of the

transferee and transferor schools. The list shall also include projected implementation of schools of choice programs for future years.

2.) A list of all facilities, projects or improvements valued over $10,000 which were undertaken during the current year or planned for future years. This list shall identify the name of the school, the nature of the project, the cost of the project, and the time-frame for completion.

3.) Identification of the staffing level for the Schools of Choice Office.

4.) The demographic profiles of each school within the system shall be included in the report.

5.) A report of the use and impact of the Majority to Minority Program, and any changes made to the program.

6.) A report of any proposed changes to existing student attendance zones.

7.) A report of classroom use and availability at each school, to include a separate category for portable classrooms.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the annual reporting shall be published in the spring of each year or by April 1, until such time as the Schools of Choice are fully implemented as set forth in the Five Year Desegregation Plan or until 2009, whichever date is later.

IT IS ORDERED, ADJUDGED AND DECREED that the Lafayette Parish School System is hereby declared unitary.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this matter be DISMISSED and all pending motions are MOOT. In the event that this case should be reopened for any reason, or that the issue of segregation in the Lafayette Parish School System is reasserted, it shall be assigned to Judge Richard T. Haik, Sr.

2

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this _____ day of

_____, 2006.


HONORABLE RICHARD T. HAIK
UNITED STATES CHIEF DISTRICT JUDGE