

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/26/06
             CB

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ALFREDA TRAHAN, ET AL** | * CIVIL ACTION NO. 10,903 |
| Plaintiffs, | * |
| and | * |
| **UNITED STATES OF AMERICA,** | * |
| Plaintiff-Intervenor, | * |
| | * |
| versus | * |
| **LAFAYETTE PARISH SCHOOL** | * JUDGE RICHARD HAIK |
| **BOARD, ET AL** | * |

*********************************************************************************

## JUDGMENT

A hearing on the Lafayette Parish School System's Motion to Lift Permanent Injunction and to Declare Unitary Status was held before this Honorable Court on April 24, 2006.

The court having considered the evidence and arguments of counsel, and for the reasons assigned in open court, hereby orders as follows:

IT IS ORDERED, ADJUDGED AND DECREED, that the Lafayette Parish School System is hereby declared unitary.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Lafayette Parish School System shall publish an annual report, by April 1 of each year, available to the public in printed format and linked to the School System's internet website, which shall set forth the following:

1. The racial composition of each school within the district.

2. The progress and status of the Schools of Choice and Programs of Choice, to include the number and race of students enrolled in the various programs, including the

Majority to Minority Program. The status of the programs is to include any policy changes that would affect the racial composition of the various programs.

3. The projected implementation date(s) of schools of choice programs for future years.

4. Detailed information regarding improvements\projects undertaken at various schools in accordance with the Lafayette Parish School System Four-Year Unitary Status Facility Action Plan.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Lafayette Parish School System shall publish the information annually in parts 1,2, and 3 of the preceding paragraph until such time as the Schools of Choice in its five (5) year and ten (10) year plans are fully implemented and the full implementation has been published in its annual reporting. The Lafayette Parish School System shall publish the information annually in part 4 of the preceding paragraph until all improvements/projects have been completed and the completion has been published in its annual reporting.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this matter be dismissed and all pending motions are moot. In the event that this case should be reopened for any reason related to prior orders of this court, or that the issue of segregation in the Lafayette parish School System is reasserted, all such proceedings shall be assigned to Judge Richard T. Haik,. Sr.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 26th day of June, 2006.

HONORABLE RICHARD T. HAIK
UNITED STATES CHIEF DISTRICT JUDGE