EDWIN G. PREIS, JR.³
L. LANE ROY³
JENNIFER E. MICHEL³
RICHARD J. HYMEL³
ROBERT M. KALLAM³
RONALD E. TIGNER⁴
FRANK A. PICCOLO³
JOHN M. RIBARITS³
CATHERINE M. LANDRY³
WILLARD P. SCHIEFFLER³
JAMES A. LOCHRIDGE, JR.¹
JACK C. BENJAMIN, JR.³
WILLA LeBLANC SMITH³
LORI A. HOOD⁴
FRANCIS A. COURTENAY, JR.¹
JENNIFER A. WELLS¹
DAWN L. MORRIS³
DAVID L. PYBUS²
JEFFREY A. RIGGS³
TAMMY B. SCELFO³
MATTHEW D. McCONNELL³
GREGORY S. HUDSON²
JOSEPH E. LEE, III¹
DAVID M. FLOTTE³
CARL J. HEBERT¹
DANIELLE M. SMITH¹
JONATHAN L. WOODS¹
JOSHUA W. MERMIS²
M. BENJAMIN ALEXANDER¹
TABITHA R. DURBIN¹
HILARY A. FRISBIE²
MICHAEL T. BECKERS¹
MARK L. BARBRE¹
AMANDA J. McKNIGHT¹
J. MICHAEL FUSSELL, JR.¹

¹ ADMITTED TO PRACTICE IN LOUISIANA ONLY
² ADMITTED TO PRACTICE IN TEXAS ONLY
³ ADMITTED TO PRACTICE IN LOUISIANA AND TEXAS

# PREIS & ROY
(A PROFESSIONAL LAW CORPORATION)
POST OFFICE DRAWER 94-C
VERSAILLES CENTRE'
SUITE 400
102 VERSAILLES BOULEVARD

## LAFAYETTE, LOUISIANA 70509
TELEPHONE 337.237.6062
TELEFAX 337.237.9129
E-mail pr@preisroy.com
www.preisroy.com

NEW ORLEANS
PAN AMERICAN LIFE CENTER
SUITE 1700
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504.581.6062
TELEFAX 504.522.9129

HOUSTON
SUITE 600
2000 BERING DRIVE
HOUSTON, TEXAS 77057
TELEPHONE 713.355.6062
TELEFAX 713.572.9129

April 16, 2007

RECEIVED
BY _____ tcb

APR 16 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

Honorable Richard T. Haik
United States District Judge
Western District of Louisiana
Lafayette-Opelousas Division
800 Lafayette Street, Suite 4200
Lafayette, LA 70501

*Via Hand Delivery Only*

65-10903

RE: Alfreda Trahan, et al
VS: Lafayette Parish School Board
NO: 10903 / U.S.D.C. / Lafayette-Opelousas Division
OFN: 4115-07440

Dear Judge Haik:

In accord with the Judgment rendered in the captioned matter June 26, 2006, and the directive therein regarding filing of an annual report by the Lafayette Parish School System, we, as counsel for the Lafayette Parish School System, provide the following documents to you as well as the Clerk. The documents are made available on the School's website available to any members of the public. The documents are as follows:

(1) Chart showing enrollments of each of the Lafayette Parish schools from the year 2000 through the year 2006. The chart indicates in addition enrollment figures for the various Programs of Choice or Schools of Choice within the system. Charts attached also show openings and applications for the various programs offered by the Lafayette Parish School System as Programs and Schools of Choice and further graphs indicating population in those programs.

(2) The progress and status of the Schools and Programs of Choice including number and race of students enrolled in the various programs are also included in the documents labeled as No. 1 above. Further, the progress of

**PREIS & ROY**

Honorable Richard T. Haik
April 16, 2007
Page 2

    the Programs of Choice and the Schools of Choice is shown on the document shown as No. 2 entitled "Magnet School Assistance Program Grant". Note that a number of the programs are currently in effect, while others are either sought to be opened with a Magnet Grant, or current programs are sought to be expanded with a Magnet Grant. I know that you have information regarding that Magnet Grant which was sent to you by the Superintendent a week or so ago.

(3)     A projected implementation dates of Schools and Programs of Choice for future years is included in the documents listed as No. 2.

(4)     The Facility Action Plan for the lighting at the various schools is enclosed for you together with the future plans for further lighting upgrades.

    Lighting Upgrades and Replacement (<40 ft candles) that are 100% complete are as follows:

        Boucher Elementary
        Evangeline Elementary
        Lindon Elementary
        Milton Elementary/Middle
        Northside High
        Ridge Elementary
        Westside Elementary

    The Lighting Upgrades at Carencro Middle are 95% complete.

    Lighting Upgrades and Replacement (<50 ft candles) at Duson and Woodvale Elementary will begin this summer and is expected to be completed by the fall.

    The lights for Faulk Elementary and Montgomery Elementary were delivered on March 29, 2007 and replacements are to begin in April.

    Maintenance is awaiting funding approval of the FY07-08 Budget to purchase lights and commence work at the following schools:

        Alleman Middle
        Broadmoor Elementary
        Judice Middle
        Martin Middle
        Ossun Elementary

## PREIS & ROY

Honorable Richard T. Haik
April 16, 2007
Page 3

The design work to construct walkways to portable classroom building are in progress for the following schools:

> Alice Boucher Elementary
> Carencro Middle
> Westside Elementary

Further, please be advised that since the District was ruled unitary, Schools of Choice have flourished. Public interest has grown tremendously. This past year, all applications were submitted online to increase convenience for parents. A computer was provided at the Schools of Choice office for families who did not have internet access. The first public lottery for the Schools of Choice was held February 2007, and this allowed notification of parents to take place within days, a process that used to take weeks. The parents thus know whether their children are accepted for the programs and can begin preparing for them. As of April 1, 2007, there existed openings in only four of the District's thirteen Schools of Choice and more than 450 students are on waiting lists, hoping for an opening at a School of Choice. This clearly indicates that the public has embraced the Schools of Choice and Programs of Choice idea, and that those educational programs are continually successful in accomplishing not only academic goals but mixture of children from all races, creeds, and colors.

With kindest personal regards, I remain

Very truly yours,

PREIS & ROY

L. LANE ROY

LLR/ymh/1476851
Enclosure
cc: (w/encl)
      U.S. District Clerk of Court - Western District - *via hand delivery only*
      Dr. James H. Easton - *via facsimile only*