UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TRAHAN, ET AL** | **CIVIL ACTION NO.  6:65CV10903** |
| **VERSUS** | **JUDGE HAIK** |
| **LAFAYETTE PARISH ET AL** | |

### NOTICE OF MANUAL ATTACHMENT

**ATTACHMENTS TO:** Letter dated February 11, 2014 from Pat Cooper, Superintendent to Clerk of Court regarding report

**DESCRIPTION:** Hinds County Report October 2013

**FILED BY:** Lafayette Parish School System

**FILE DATE:** 3/26/2014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **NOTICE** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The attached document is an *original* manual attachment provided by counsel.  Please return to the clerk's office!

This attachment could not be converted to electronic form.  The original will be maintained in the division of the presiding judge, until expiration of appeal delays.  Attachment sent to **LAFAYETTE DIVISION.**

**Prepared by: kh**