

# LAFAYETTE
PARISH SCHOOL SYSTEM

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 12 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

May 22, 2014

Mrs. Catherine Bacon
Clerk of Court
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA  70501

Dear Mrs. Bacon:

In compliance with requirements of the Court Order issued in the United States of America, Plaintiff, v. Hinds County School Board et al, Defendants, the Lafayette Parish School System herewith submit this report as per the requirements under **APPENDIX "B" ORDER** dated May 18, 1970, as amended in #7, Case #10903, Preliminary Pretrial of October 2, 1973.

Sincerely,

LAFAYETTE PARISH SCHOOL SYSTEM

Pat Cooper,
Superintendent

C:  Richard Haik, District Court Judge, Western District
    Mike Harson, D.A., Fifteenth Judicial District
    Lloyd Dangerfield, Attorney at Law
    John P. Buchko, U. S. Department of Justice, Civil Rights Division
    Damon Hewitt, Attorney, Legal Defense Fund
    Lane Roy, Attorney at Law
    Katherine W. Vincent, Assistant United States Attorney

STRENGTH. TRADITION. EXCELLENCE.