UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

TRAHAN ET AL                                     CIVIL ACTION NO.  6:65CV10903

VERSUS                                           JUDGE HAIK

LAFAYETTE PARISH ET AL


NOTICE OF MANUAL ATTACHMENT


ATTACHMENTS TO:       Letter dated May 22, 2014 from Pat Cooper, Superintendent to
                      Clerk of Court regarding report

      DESCRIPTION:    Hinds County Report April 2014

      FILED BY:       Lafayette Parish School System

      FILE DATE:      6/12/2014

********************** NOTICE ********************************************

The attached document is an *original* manual attachment provided by counsel.  Please
return to the clerk's office!

This attachment could not be converted to electronic form.  The original will be maintained
in the division of the presiding judge, until expiration of appeal delays.  Attachment sent to
LAFAYETTE DIVISION.


                                        Prepared by: C Gregory