

# LAFAYETTE PARISH SCHOOL SYSTEM

RECEIVED
JAN 16 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

December 15, 2014

Mrs. Catherine Bacon
Clerk of Court
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501

6:65-cv-10903

Dear Mrs. Bacon:

In compliance with requirements of the Court Order issued in the United States of America, Plaintiff, v. Hinds County School Board et al, Defendants, the Lafayette Parish School System herewith submit this report as per the requirements under **APPENDIX "B" ORDER** dated May 18, 1970, as amended in #7, Case #10903, Preliminary Pretrial of October 2, 1973.

Sincerely,

LAFAYETTE PARISH SCHOOL SYSTEM

Burnell LeJeune
Interim Superintendent

C: Richard Haik, District Court Judge, Western District
   Mike Harson, D.A., Fifteenth Judicial District
   Lloyd Dangerfield, Attorney at Law
   John P. Buchko, U. S. Department of Justice, Civil Rights Division
   Damon Hewitt, Attorney, Legal Defense Fund
   Lane Roy, Attorney at Law
   Katherine W. Vincent, Assistant United States Attorney

*no report attached cb*

STRENGTH. TRADITION. EXCELLENCE.